Eric C. **HANSEN,** Petitioner,

v.

**CALDWELL DIVING COMPANY, INCORPORATED; Employer's Insurance of Wausau; United States Department of Labor, Division of Longshore Harbors Workers; Benefits Review Board, United States Department of Labor, Respondents.**

No. 00–1443.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 13, 2001.

Eric C. Hansen, Petitioner pro se. Stephen Edward Darling, Sinkler & Boyd, P.A., Charleston, SC; Laura Jessica Stomski, Office of Workers' Compensation Programs, Washington, DC, for respondents.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Eric C. Hansen seeks review of the Benefits Review Board's decision and order

affirming the administrative law judge's denial of benefits pursuant to the Longshore & Harbor Workers' Compensation Act. 33 U.S.C.A. §§ 901–950 (West 1994 & Supp.2000). Hansen also appeals the Board's order denying his motion for reconsideration. Our review of the record discloses that the Board's decisions are based upon substantial evidence and are without reversible error. Accordingly, we affirm on the reasoning of the Board. *Hansen v. Caldwell Diving Co., Inc.,* No. BRB–98–1596 (Sept. 7, 1999 & Feb. 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*